IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.

Dated: September 16, 2013.

_____
TONY M. DAVIS
UNITED STATES BANKRUPTCY JUDGE

_____

United States Bankruptcy Court
For the Western District of Texas
Austin Division

| | | |
|---|---|---|
| IN RE: | § | |
| Kelly L. Knapper, | § § § | Case No. 11-12942-Davis |
| Debtor | § § | Chapter 7 |
| John Patrick Lowe, Trustee, Plaintiff | § § § | |
| v. | § § | Adv. Pro. No. 12-1102-tmd |
| Kelly L. Knapper, Defendant | § § | |

### Judgment Denying the Discharge of the Debtor

On September 5, 2013 came on to be tried the Plaintiff's Second Amended Complaint for the Denial of the Discharge of the Debtor, docket number 52. Appearing were John Patrick Lowe, the Chapter 7 Trustee; Brent A. Devere, counsel for Mr. Knapper; and Mr. Kelly L. Knapper, the Debtor. After considering the pleadings, the evidence, the representations on the record and the evidence, and for the reasons stated on the record on September 9, 2013 in the Court's findings of fact and conclusions of law made under Federal Rule of Bankruptcy

1

Procedure 7052, the Court is of the opinion and so finds and concludes that the discharge of the Debtor should be denied under 11 United States Code § 727(a)(4)(A) for having knowingly and fraudulently, in or in connection with the case, made a false oath or account and under 11 United States Code § 727(a)(6)(A) for having refused in the case to obey a lawful Order of the Court other than an Order to respond to a material question or to testify.

IT IS, THEREFORE, ORDERED, ADJUDGED and DECREED that the Plaintiff's Second Amended Complaint for the Denial of the Discharge of the Debtor, docket number 52, is granted.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the discharge of the Debtor, Kelly L. Knapper, social security number xxx-xx-5983, is denied by right of both 11 United States Code § 727(a)(4)(A) and 11 United States Code § 727(a)(6)(A).

All other relief not expressly granted herein is denied.

###

Approval As To Form Only:

Brent A. Devere, Attorney for
Kelly L. Knapper, Defendant
State Bar No. 00789256
1411 West Avenue, Suite 200
Austin, TX 78701
(512) 457-8080
(512) 457-8060 (fax)
Email: BDevere@1411west.com

John Patrick Lowe, Trustee,
Plaintiff
State Bar No. 12623700
318 East Nopal
Uvalde, Texas 78801
(830) 278-4471
(830) 278-6347 (fax)
Email: johnplowe@sbcglobal.net

2

**Judgment Prepared By:**

John Patrick Lowe, Trustee,
 Plaintiff
Dodson & Lowe
318 East Nopal
Uvalde, Texas 78801

```
                      United States Bankruptcy Court
                         Western District of Texas
Lowe, Trustee,
          Plaintiff                                 Adv. Proc. No. 12-01102-tmd

Knapper,
          Defendant
```

## CERTIFICATE OF NOTICE

```
District/off: 0542-1         User: chapmana             Page 1 of 1            Date Rcvd: Sep 16, 2013
                             Form ID: pdfintp           Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 18, 2013.
pla          +John Patrick Lowe, Trustee,   318 East Nopal Street,    Uvalde, TX 78801-5331
dft          +Kelly L. Knapper,   603 Davis Street,   #1801,   Austin, TX 78701-4254

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust          +E-mail/Text: ustpregion07.au.ecf@usdoj.gov Sep 17 2013 00:36:00      United States Trustee - AU12,
               United States Trustee,   903 San Jacinto Blvd, Suite 230,   Austin, TX 78701-2450
                                                                                             TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 18, 2013                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 16, 2013 at the address(es) listed below:
              Brent A. Devere    on behalf of Defendant Kelly L. Knapper bdevere512@aol.com
              John Patrick Lowe    on behalf of Plaintiff John Patrick Lowe, Trustee johnplowe@sbcglobal.net,
               plowe@ecf.epiqsystems.com
              Nancy L Perry    on behalf of Defendant Kelly L. Knapper n.perry@nlplaw.com,
               alreeseriewe@yahoo.com
                                                                                             TOTAL: 3
```